IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  3:08cr46/LAC
 3:09cv359/LAC/MD

WILLIAM JOHN DANIEL MAGSAMEN, III
_____

### ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 15, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence (doc. 291) is DENIED.

3. A certificate of appealability shall issue as to the question of whether counsel complied with his constitutional obligations with respect to his client's appeal.

DONE AND ORDERED this 24th day of May, 2010.

                                                  s/*L.A. Collier*
                                                LACEY A. COLLIER
                                                SENIOR UNITED STATES DISTRICT JUDGE